IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENGLOBAL U.S., INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-cv-02746 |
| § | |
| NATIVE AMERICAN SERVICES § | |
| CORPORATION § | |
| § | |
| Defendant. § | |

## ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY

The Court has considered Defendant's Motion for Leave to File Sur-Reply. The Court finds that Defendant's Motion is meritorious. Defendant's Motion for Leave to File Sur-Reply is hereby GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant is granted leave to file its Sur-Reply to Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Rule 56 Motion for Partial Summary Judgment.

SIGNED this _____ day of _____, 2017

---
THE HONORABLE LEE ROSENTHAL
UNITED STATES DISTRICT JUDGE